USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07-08-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SARAH KATZ, on behalf of herself
and all others similarly situated,

                Plaintiff,

- against -

IMAGE INNOVATIONS HOLDINGS, INC.,
ALAIN KARDOS, DERICK SINCLAIR,
MICHAEL RADCLIFFE, JAMES ARMENAKIS,
ARTHUR GONONSKY, CLIFFORD WILKINS,
CHRIS SMITH, JOSEPH RADCLIFFE,
MICHELLE RADCLIFFE, DENISE CONSTABLE,
GOLDSTEIN GOLUB KESSLER LLP, CLYDE
BAILEY, P.C., and H.E. CAPITAL, S.A.

                Defendants.

---

06 Civ. 3707 (JGK)

MEMORANDUM OPINION
AND ORDER

JOHN G. KOELTL, District Judge:

The parties should submit a proposed scheduling order by July 14, 2008.

The defendants may serve interrogatories on the class representative in order to obtain information relevant to class certification.

SO ORDERED.

Dated: New York, New York
       July 7, 2008

                                          John G. Koeltl
                                    United States District Judge