UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

SARA KATZ,

                Plaintiff,        06 Civ. 3707 (JGK)

    - against -           ORDER

IMAGE INNOVATIONS HOLDINGS, INC., et al.,

                Defendants.
---

JOHN G. KOELTL, District Judge:

    Any opposition to the motion requesting a retaining lien filed on January 21, 2009 (Docket No. 192) must be submitted by **March 17, 2009.**

SO ORDERED.

Dated:    New York, New York
           March 9, 2009

                                    John G. Koeltl
                              United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/09
```