UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARA KATZ, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,

PLAINTIFF,

- AGAINST -

Civil Action No. 06-CV-03707-JGK

IMAGE INNOVATIONS HOLDINGS, INC, ALAIN KARDOS, DERICK SINCLAIR, MICHAEL RADCLIFFE, JAMES ARMENAKIS, ARTHUR GONONSKY, CLIFFORD WILKINS, CHRIS SMITH, JOSEPH RADCLIFFE, MICHELLE RADCLIFFE, DENISE CONSTABLE, GOLDSTEIN GOLUB KESSLER, LLP, CLYDE BAILEY, P.C. and H. E. CAPITAL S.A.

DEFENDANTS.

JOSEPH RADCLIFFE, ET AL.,

THIRD-PARTY PLAINTIFFS,

- AGAINST –

MICHAEL PRESTON,

THIRD-PARTY DEFENDANT.

**LEAD PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR DISTRIBUTION OF NET SETTLEMENT FUND**

Lead Plaintiffs for the Image Innovation Holdings, Inc. Class submit this Memorandum of Law in Support of Motion for Distribution of Net Settlement Fund. Lead Plaintiffs request that the Court enter an Order permitting the distribution of the settlement fund in the above captioned matter less any attorney fees, expert and consultant fees, costs and expenses approved by the Court, including costs of administration, awarded by the Court (the "Net Settlement Fund"). In support of this Memorandum, Lead Plaintiffs submit the Affidavit of Jason Zuena in Support of Plaintiffs' Motion for Distribution of Settlement Fund (the "Zuena Affidavit"), attached as Exhibit 1 to the Declaration of Stuart Emmons in Support of Lead Plaintiffs' Motion

for Distribution of Net Settlement Fund (the "Emmons Decl."). Jason Zuena is the Senior Director of Operations for the Garden City Group, Inc. ("Garden City") the Court approved Claims Administrator for the settlement in this case. In further support of this Memorandum, Lead Plaintiffs state as follows:

1. By its Order of Final Judgment and Dismissal entered on September 29, 2011, the Court approved the settlement of this action as fair, reasonable and adequate. Docket Entry No. 255.

2. In accordance with the Notice of Pendency and Proposed Settlement and Voluntary Dismissal of Securities Class Action (the "Notice"), approved by the Court, sent to potential members of the Class, all members of the Class wishing to participate in the Net Settlement Fund were required to complete a Court approved Proof of Claim and Release (the "Proof of Claim," and, collectively with the Notice, the "Claim Packet") and mail same to the post office box identified in the Notice, specifically designated for this settlement by Garden City.

3. Garden City administered the settlement, performed all analyses and accounting procedures in connection with the claims filed, and is ready to effectuate distribution of the Net Settlement Fund.

4. As set forth in the Zuena Affidavit (Exhibit 1, attached to the Emmons Decl.), Lead Plaintiffs move the Court for an Order pursuant to Rule 23(e), Fed.R.Civ.P.: (a) approving the administrative determinations and recommendations of Garden City accepting and rejecting the claims submitted therein; (b) directing payment of $50,000.00 out of the Settlement Fund to Garden City Group for its fees and expenses incurred and to

be incurred in connection with services performed with respect to the administration of the settlement, *see* Zuena Affidavit at ¶29; (c) directing distribution of the Net Settlement Fund to Class Members whose Proofs of Claim have been accepted; (d) directing funds that are remaining in the Net Settlement Fund following distributions to all Authorized Claimants and after payment of any further Notice and Administration Expenses, shall, without the need for a further order from this Court, be donated as a *cy pres* charitable contribution to The Homeless Alliance – Not For Profit Organization;[1] (e) directing that one year after distribution of the Net Settlement Fund, Garden City will destroy the paper copies of the Proofs of Claims and all supporting documentation, and three years after distribution of the Net Settlement Fund, it will destroy electronic copies of same; and (f) for such other and further relief as this Court deems appropriate.

Accordingly, for the reasons set forth herein, and in the Zuena Affidavit, the Court should enter an Order in the form of the Proposed Order authorizing distribution of Net Settlement Fund.

Dated: February 23, 2012

Respectfully submitted,

/s/Stuart W. Emmons

Stuart W. Emmons
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Phone: (405) 235-1560
Fax: (405) 239-2112

[1] *See In re Novagold Resources, Inc. Sec. Litig.*, 1:08-cv-07041-DLC at ¶3(g) (S.D.N.Y. June 27, 2011) (reflecting similar language approved by the court), Emmons Decl. at Exhibit 2; *In re Refco, Inc. Sec. Litig.*, 1:05-cv-08626 at ¶3(h) (S.D.N.Y. May 2, 2011) (same), Emmons Decl. at Exhibit 3.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2012, I electronically transmitted the foregoing Declaration to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants, as well as transmitting copies of documents to those individuals who are not on the recipient list for electronic filing notices:

Douglas Capuder, Esq.
Capuder Fazio Giacoia LLP
90 Broad Street
New York, NY 10004-2627
Telephone: (212) 509-95945
Facsimile: (212) 509-9597
dc@cfgny.com
*Counsel for Defendant Goldstein Golub Kessler LLP*

Mr. Derick Sinclair
1550 Ostler Court
N. Vancouver, BC
V7G 2Pl Canada
Telephone: (604) 924-8000
Facsimile: (604) 677-5900
DGS-Vcr@gmail.com
*Pro Se Defendant*

Mr. Arthur Gononsky
69-11 Ingram Street
Forest Hills, NY 11375
Telephone: (917) 797-1174
art@irenedavid.com
*Pro Se Defendant*

Mr. Joseph Radcliffe
6061 Main Street
Tannersville, New York 12485
Telephone: (518) 589-9007
Facsimile: (518) 589-9090
Joerad63@gmail.com
*Pro Se Defendant*

Mr. Michael Radcliffe
6061 Main Street
Tannersville, New York 12485
Telephone: (518) 589-9007
Facsimile: (518) 589-9090
Mrad200@aol.com
*Pro Se Defendant*

Mr. Michael Preston
8 Abbey Road
Orangeburg, NY 10962
Telephone: (845) 494-5049
Facsimile: (845) 353-2575
Michaelpreston12@hotmail.com
*Pro Se Defendant*

James Armenakis, Esq.
Armenakis & Armenakis
531 Main Street, Suite 325
Roosevelt Island, New York 10044
Telephone: (212) 228-2600
Facsimile: (212) 371-6689
*Pro Se Defendant*

Adam Gonnelli, Esq.
Faruqi & Faruqi, LLP
369 Lexington Avenue, 10th Floor
New York, New York 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
agonnelli@faruqilaw.com

/s/Stuart W. Emmons