UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK

SARA KATZ, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,

PLAINTIFF,

– AGAINST –

IMAGE INNOVATIONS HOLDINGS, INC., ALAIN KARDOS, DERICK SINCLAIR, MICHAEL RADCLIFFE, JAMES ARMENAKIS, ARTHUR GONONSKY, CLIFFORD WILKINS, CHRIS SMITH, JOSEPH RADCLIFFE, MICHELLE RADCLIFFE, DENISE CONSTABLE, GOLDSTEIN GOLUB KESSLER LLP, CLYDE BAILEY, P.C. and H. E. CAPITAL S.A.

DEFENDANTS.

JOSEPH RADCLIFFE, ET AL.,

THIRD-PARTY PLAINTIFFS,

– AGAINST –

MICHAEL PRESTON,

THIRD-PARTY DEFENDANT.

Civil Action No.
06-CV-03707-JGK

**DECLARATION OF STUART W. EMMONS IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR DISTRIBUTION OF NET SETTLEMENT FUND**

I, Stuart W. Emmons, declare the following under the penalty of perjury:

1. I am an attorney duly admitted to the bar of the State of Oklahoma. I am an attorney with the law firm Federman & Sherwood, court appointed Lead Counsel for Lead Plaintiffs in the present action. I am admitted *pro hac vice* in this action. I submit this Declaration in Support of Lead Plaintiffs' Motion for Distribution of Net Settlement Fund.

2. Attached hereto are true copies of the following documents related to same:

Ex. 1 -- Affidavit of Jason Zuena, Senior Director of Operations for Garden City Group, Inc., In Support of Plaintiffs' Motion for Distribution of Net Settlement Fund

Ex. 2 -- *In re Novagold Resources, Inc. Sec. Litig.*, 1:08-cv-07041-DLC (S.D.N.Y. June 27, 2011)

Ex. 3 -- *In re Refco, Inc. Sec. Litig.*, 1:05-cv-08626 (S.D.N.Y. May 2, 2011)

Dated: February 23, 2012

Respectfully submitted,

/s/Stuart W. Emmons

Stuart W. Emmons
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Phone: (405) 235-1560
Fax: (405) 239-2112

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2012, I electronically transmitted the foregoing Declaration to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants, as well as transmitting copies of documents to those individuals who are not on the recipient list for electronic filing notices:

Douglas Capuder, Esq.
Capuder Fazio Giacoia LLP
90 Broad Street
New York, NY 10004-2627
Telephone: (212) 509-95945
Facsimile: (212) 509-9597
dc@cfgny.com
*Counsel for Defendant Goldstein Golub Kessler LLP*

Mr. Derick Sinclair
1550 Ostler Court
N. Vancouver, BC
V7G 2Pl Canada
Telephone: (604) 924-8000
Facsimile: (604) 677-5900
DGS-Vcr@gmail.com
*Pro Se Defendant*

Mr. Arthur Gononsky
69-11 Ingram Street
Forest Hills, NY 11375
Telephone: (917) 797-1174
art@irenedavid.com
*Pro Se Defendant*

Mr. Joseph Radcliffe
6061 Main Street
Tannersville, New York 12485
Telephone: (518) 589-9007
Facsimile: (518) 589-9090
Joerad63@gmail.com
*Pro Se Defendant*

Mr. Michael Radcliffe
6061 Main Street
Tannersville, New York 12485
Telephone: (518) 589-9007
Facsimile: (518) 589-9090
Mrad200@aol.com
*Pro Se Defendant*

Mr. Michael Preston
8 Abbey Road
Orangeburg, NY 10962
Telephone: (845) 494-5049
Facsimile: (845) 353-2575
Michaelpreston12@hotmail.com
*Pro Se Defendant*

James Armenakis, Esq.
Armenakis & Armenakis
531 Main Street, Suite 325
Roosevelt Island, New York 10044
Telephone: (212) 228-2600
Facsimile: (212) 371-6689
*Pro Se Defendant*

Adam Gonnelli, Esq.
Faruqi & Faruqi, LLP
369 Lexington Avenue, 10th Floor
New York, New York 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
agonnelli@faruqilaw.com

/s/Stuart W. Emmons