Case 1:06-cv-03707-JGK-HBP Document 256-1 Filed 02/23/12 Page 1 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARA KATZ, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,

PLAINTIFF,

- AGAINST -

Civil Action No. 06-CV-03707-JGK

IMAGE INNOVATIONS HOLDINGS, INC, ALAIN KARDOS, DERICK SINCLAIR, MICHAEL RADCLIFFE, JAMES ARMENAKIS, ARTHUR GONONSKY, CLIFFORD WILKINS, CHRIS SMITH, JOSEPH RADCLIFFE, MICHELLE RADCLIFFE, DENISE CONSTABLE, GOLDSTEIN GOLUB KESSLER, LLP, CLYDE BAILEY, P.C. and H. E. CAPITAL S.A.

DEFENDANTS.

JOSEPH RADCLIFFE, ET AL.,

THIRD-PARTY PLAINTIFFS,

- AGAINST –

MICHAEL PRESTON,

THIRD-PARTY DEFENDANT.

**~~[PROPOSED]~~ ORDER AUTHORIZING DISTRIBUTION OF NET SETTLEMENT FUND**

Before the Court is Lead Plaintiffs' Motion and Memorandum of Law in Support of Motion for Distribution of Net Settlement Fund. The Court finds that the Motion should be granted.

By Order and Final Judgment dated September 29, 2011, the Court approved the settlement as fair, reasonable and adequate and reserved exclusive and continuing jurisdiction over the action for the purpose of, among other things, supervising the distribution of the settlement fund.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# ______
DATE FILED: 5/4/12

**IT IS ORDERED:**

1. The administrative determinations and recommendations of the Garden City Group ("Garden City") accepting and rejecting the claims submitted herein are approved;

2. The fees and expenses of Garden City in the amount of $50,000.00 shall be paid out of the settlement fund to Garden City for its additional fees and expenses incurred and to be incurred in connection with services performed and to be performed with respect to the administration of the settlement;

3. Garden City is hereby authorized to distribute the Net Settlement Fund to Class Members whose Proofs of Claim have been accepted;

4. Any funds that are remaining in the Net Settlement Fund following distributions to all Authorized Claimants and after payment of any further Notice and Administration Expenses, shall, without further Order from this Court, be donated as a *cy pres* charitable contribution to The Homeless Alliance – Not For Profit Organization; unless the balance exceeds $10,000 in which case the lead plaintiff shall seek Court approval of any payment.

5. One year after distribution of the Net Settlement Fund, Garden City shall destroy the paper copies of the Proofs of Claims and all supporting documentation, and three years after distribution of the Net Settlement Fund, Garden City shall destroy electronic copies of same; and

6. The Court finds that the administration of the Settlement and the proposed distribution of the Net Settlement Fund comply with the terms of the Stipulation and the Plan of Allocation approved by this Court and that all persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims

submitted herein, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Settlement Fund (including, but not limited to Lead Plaintiffs' counsel) are released and discharged from any and all claims arising out of such involvement, and all Class Members, whether or not they are to receive payment from the Net Settlement Fund, are barred from making any further claim against the Net Settlement Fund or the released persons beyond the amount allocated to them pursuant to this Order.

Dated: 5/4, 2012

THE HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE